IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-CV-297 |
| | ) | |
| LAWTON SHOEMAKE, JERRY SHOEMAKE, | ) | |
| SANDRA SHOEMAKE, AND LANDMARK | ) | |
| AMERICAN INSURANCE COMPANY | ) | |
| A/S/O PARTHENON PROPERTIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff Auto-Owners Insurance Company, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses this action without prejudice.

Respectfully submitted this 12th day of November, 2015.

                WOOLF, McCLANE, BRIGHT, ALLEN
                  & CARPENTER, PLLC

                By *s/* Dean T. Howell
                  Howard E. Jarvis, BPR No. 006673
                  *jarvish@wmbac.com*
                  Dean T. Howell, BPR No. 022130
                  *howelld@wmbac.com*
                  April A. Carr, BPR No. 029092
                  *acarr@wmbac.com*
                  Post Office Box 900
                  Knoxville, Tennessee 37901-0900
                  Telephone: (865) 215-1000

            *Attorneys for Plaintiff Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2015, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Samuel S. Woodhouse, Esq.
Woodhouse, LLC
260 Peachtree Street, NW
Suite 1402
Atlanta, GA 30303-1237

Sandra Shoemake
255 Pebble Glen Drive
Franklin, TN 37064-2949

Jerry Shoemake
255 Pebble Glen Drive
Franklin, TN 37064-2949

Lawton Shoemake
255 Pebble Glen Drive
Franklin, TN 37064-2949

        s/ Dean T. Howell, Esq.
        Dean T. Howell, Esq., BPR 022130

WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000

2